Opinion by FORD, J.   In accordance with stipulation of counsel that the merchandise consists of silk squares similar in all material respects to those the subject of *United States* v. *The Specialty House, Inc., Bryant & Heffernan, Inc., et al.* (42 C. C. P. A. 136, C. A. D. 585), the claim of the plaintiff was sustained.

**No. 59289.**—Durlacher & Co., Inc. *v.* United States, protests 188749–K, etc. (New York).

Opinion by FORD, J.   In accordance with stipulation of counsel that the merchandise consists of silk scarves or squares similar in all material respects to those the subject of *United States* v. *The Specialty House, Inc., Bryant & Heffernan, Inc., et al.* (42 C. C. P A. 136, C. A. D. 585), the claim of the plaintiff was sustained.

**No. 59290.**—Zado Goldenberg & Co. *v.* United States, protests 191000–K, etc. San Francisco).

Opinion by FORD, J.   In accordance with stipulation of counsel that the merchandise consists of silk squares similar in all material respects to those the subject of *United States* v. *The Specialty House, Inc., Bryant & Heffernan, Inc., et al.* (42 C. C. P. A. 136, C. A. D. 585), the claim of the plaintiff was sustained.

**No. 59291.**—Durlacher & Co., Inc. *v.* United States, protests 216058–K, etc. (New York).

Opinion by FORD, J.   In accordance with stipulation of counsel that the merchandise consists of silk scarves or squares similar in all material respects to those the subject of *United States* v. *The Specialty House, Inc., Bryant & Heffernan, Inc., et al.* (42 C. C. P. A. 136, C. A. D. 585), the claim of the plaintiff was sustained.

**No. 59292.**—Herzman Scarfs, Inc., et al. *v.* United States, protests 256591–K, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of silk scarves or squares similar in all material respects to those the subject of *United States* v. *The Specialty House, Inc., Bryant & Heffernan, Inc., et al.* (42 C. C. P. A. 136, C. A. D. 585), the claim of the plaintiffs was sustained.

BEFORE THE FIRST DIVISION, SEPTEMBER 23, 1955

**No. 59293.**—Samuel Shapiro & Company, Inc. *v.* United States, protest 164951–K (Baltimore).

Opinion by OLIVER, C. J. An examination of the official papers disclosing nothing to disturb the decision of the collector, which was presumptively correct, the protest was overruled.

**No. 59294.**—Aromatic Products, Inc., et al. *v.* United States, protests 133881–K, etc. (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of essential oils the same in all material respects as those the subject of *Ungerer & Co., Inc.* v. *United States* (33 Cust. Ct. 152, C. D. 1647), the claim of the plaintiffs was sustained.

**No. 59295.**—Aromatic Products, Inc., et al. *v.* United States, protests 148220–K, etc. (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of essential oils the same in all material respects as those the subject of *Ungerer & Co., Inc.* v. *United States* (33 Cust. Ct. 152, C. D. 1647), the claim of the plaintiffs was sustained.

**No. 59296.**—Antoine Chiris Co., Inc. *v.* United States, protests 193425–K, etc. (New York).